Exhibit 2

1:19-2017-0003056-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**16109795**

JAN 09, 2017 04:25 PM

*Rebecca Keaton*

Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT FOR COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 16-109795 |
| | § | |
| LUKE TORNQUIST | § | |
| | § | |
| Defendant | § | |

## NOTICE OF FILING PROOF OF SERVICE

COME NOW Plaintiff MiMedx Group, Inc. and files the Affidavits (attached as Exhibits 1, 2, and 3) confirming service of process and regarding all service attempts on Defendant Luke Tornquist.

Respectfully submitted, this 9th day of January, 2017.

**WARGO & FRENCH, LLP**

/s/ Joseph D. Wargo
Joseph D. Wargo
Georgia Bar No. 738764
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1511
E-mail: jwargo@wargofrench.com

*Counsel for Plaintiff*
*MiMedx Group, Inc.*

IN THE SUPERIOR COURT FOR COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 16-109795 |
| | § | |
| LUKE TORNQUIST | § | |
| | § | |
| Defendant | § | |

**NOTICE OF FILING PROOF OF SERVICE**

I hereby certify that on this day, I served the foregoing **NOTICE OF FILING PROOF OF SERVICE** by U.S. Mail, postage pre-paid to Defendant addressed as follows:

Luke Tornquist
1818 Goodrich Avenue
St. Paul, MN 55105

Respectfully submitted, this 9th day of January, 2017.

WARGO & FRENCH, LLP

/s/ Joseph D. Wargo
Joseph D. Wargo
Georgia Bar No. 738764

# EXHIBIT 1

## AFFIDAVIT OF SERVICE

**STATE OF GEORGIA**

**COUNTY OF COBB**

**COURT FILE NUMBER 16109795**


STATE OF MINNESOTA                    )
                                      ) ss.
COUNTY OF RAMSEY                       )

Re:    MiMedx Group, Inc. v. Luke Tornquist


Troy Magsam, an agent of Platinum Courier Service, being duly sworn, states that at 5:10 pm, on the 4th day of January, 2017 he served a:

1. Summons;
2. Complaint;
3. Exhibits;
4. General Civil Case Filing Information Form (Non-Domestic); and
5. Disclosure Statement

Upon:   Luke Tornquist
        1818 Goodrich Ave.
        St. Paul, MN 55105


By handing to and leaving a copy with Stephanie Tornquist, Wife.

                                      Affiant:

Signed and sworn to before me

this ____ of _____, 2017

_____
Notary Public

PHILIP EKMAN
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2020

# EXHIBIT 2

## AFFIDAVIT OF PLATINUM COURIER SERVICE

**STATE OF GEORGIA**

**COUNTY OF COBB**

**COURT FILE NUMBER 16109795**

STATE OF MINNESOTA            )
                                     ) ss.
COUNTY OF RAMSEY             )

Re:     **MiMedx Group, Inc. v. Luke Tornquist**

Rochelle Roos, an agent of Platinum Courier Service, being duly sworn, states that the following efforts were made to serve a:

1. Summons;
2. Complaint;
3. Exhibits;
4. General Civil Case Filing Information Form (Non-Domestic); and
5. Disclosure Statement

Upon:    Luke Tornquist
            1818 Goodrich Ave.
            St. Paul, MN 55105

The address that is listed above, is a residential address, on a corner. There are lots of windows in the home, that allow observation from the surrounding 2 streets and the alley. On December 23, 2016, an agent of Platinum Courier Service attempted to serve the papers at 4:00 pm. Several children and an adult female were visible in the home, and the children looked at the process server through the door, but were called away by the adult female. The process server continued to knock, and ring the bell, but nobody would come back to the door. On December 24, 2016, 2 different process servers attempted service at the address beginning at 8:00 am. A black Audi, MN license plate 285 THB was observed at the home. A trace performed by Platinum Courier Service showed that vehicle as being registered to Luke Tornquist. Lights were observed on inside the home, but nobody would come to the door. At one point, a silver Lexus was observed driving by the home. The male driver of the car made some obvious glances towards the process server's vehicle, and passed by it several times without stopping. Later in the morning, the process server had to leave to use a restroom, and when he returned, the Audi was gone. All efforts throughout the day were met with no answer at the door. Some packages were delivered

by USPS, and they were not retrieved. A dog was also present in the home, and would come to the door and bark every time that the servers knocked, but nobody would answer. The process servers did not feel like anyone was home during that time period. At 6:00 pm, the process servers needed to discontinue service attempts for a short time for a family event. When the server came back to the home address at 9:20 pm, a black Honda Odyssey minivan, license 191 LFC was parked outside the home and multiple lights on multiple floors were on. The server noted that the packages that had been left at the door earlier had been retrieved, and the dog was no longer coming to the door. The server knocked several times, but no answer at the door. As the server was walking away from the door, an adult female was seen looking out the window at him. He went back to the door, and knocked again, but no answer. Over the next 30 minutes, the process server noted both an adult male, and an adult female peeking out different windows at him, but refusing to come to the door. The server drove away from the home, and drove by again later through the alley and on a different side of the home, and could observe the adult female and male in the home. Upon returning to the office, it was determined through a license plate trace that the black Honda Odyssey minivan that was observed at the home was also registered to Luke Tornquist. It was clear that the people in the home were aware of the process server's presence, and were unwilling to answer the door or respond. Efforts were made to serve the papers every day December 27 to 31, but nobody answered the door for any of the attempts.

On Wednesday, January 4, 2017 a server went to the home address, and without going to the door, observed the home. Neither of the vehicles that had been previously seen were noted there, so the server parked his car and waited. At about 5:00 pm, a car pulled up, and into the garage. The server got out of his car, and served the female driver who was Jennifer Tornquist as she was exiting her vehicle.

Affiant: _____

Signed and sworn to before me

this _____ of _____, 20 __

_____
Notary Public

PHILIP EKMAN
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2020

# EXHIBIT 3

MIMEDX GROUP VS LUKE TORNQUIST

# AFFIDAVIT OF NOT FOUND

STATE OF MINNESOTA )
           ) ss
COUNTY OF RAMSEY  )       Court File No. 16109795

Timothy L. Wolter, being duly sworn, on oath says: that on the 19th day of December, 2016 at 6:50 PM he <u>attempted</u> to serve the attached Summons; Complaint with Exhibits upon <u>Luke Tornquist</u>, therein named, personally at 1818 Goodrich Avenue, St. Paul, County of Ramsey, State of Minnesota.  The following circumstances were found:  I attempted at the above stated home address and lights were on inside and I could see people walking around but nobody answered the door.  I returned for four (4) additional attempts:  December 20th, 2016 at 12:32 pm-lights on, no answer, December 23rd, 2016 at 11:00 am-lights on, no answer, December 24th, 2016 at 10:09 am-lights on, small child inside, adults in background, no answer at door, and December 27th, 2016 at 8:50 am, lights off, nobody appeared to be home.  I was therefore unable to effect personal service of process.

Subscribed and sworn to before me
this 29th day of <u>December, 2016</u>.

Notary Public

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

534759

Client / Matter #: 534759