IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:17-CV-00399-LMM |
| LUKE TORNQUIST, | |
| Defendant/Counterclaim Plaintiff, | |
| v. | |
| PARKER H. PETIT, | |
| Counterclaim Defendant. | |

## [PROPOSED] ORDER

This matter appears before the Court on the Joint Motion by Plaintiff/Counterclaim Defendant MiMedx Group, Inc. ("MiMedx") and Defendant/Counterclaim Plaintiff for Leave to File Under Seal portions of MiMedx's Brief Regarding the Discoverability of Communications with the Securities and Exchange Commission and the Office of Inspector General of the Department of Veterans Affairs ("Brief") and Tornquist's Response to Plaintiff MiMedx's Brief Regarding the Discoverability of Communications with the

Securities and Exchange Commission and the Office of Inspector General of the Department of Veterans Affairs ("Response"). After review, the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED**, this \_\_\_\_ day of August, 2018.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE