UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>LUKE TORNQUIST, )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>PARKER H. PETIT, )<br>)<br>Counterclaim Defendant. ) | CIVIL ACTION FILE NO.<br>1:17-cv-00399-LMM |

## REVISED SCHEDULING ORDER

The Court hereby approves the following modifications to the Scheduling Order entered on July 17, 2018 (ECF 152):

1. Expert Reports due                September 28, 2018

2. Rebuttal Expert Reports due       October 26, 2018

3. Close of All Discovery            November 9, 2018

IT IS SO ORDERED, this 20th day of August, 2018.

_____
Leigh Martin May
United States District Judge

1