# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> LUKE TORNQUIST, ) <br> ) <br> Defendant/Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARKER H. PETIT, ) <br> ) <br> Counterclaim Defendant. ) | CIVIL ACTION FILE NO. <br> 1:17-cv-00399-LMM |

## DEFENDANT/COUNTERCLAIM PLAINTIFF LUKE TORNQUIST'S NOTICE OF DEPOSITION OF STEPHEN BLOCKER

Please take notice that on September 20, 2018, beginning at 10:00 a.m., Defendant/Counterclaim Plaintiff's counsel will proceed to take the deposition of Steve Blocker. The deposition will be taken at the offices of Wargo & French, LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309 upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45. The deposition will be taken by Defendant/Counterclaim Plaintiff's counsel before an officer duly authorized by law to take depositions. The deposition will be taken by

1

stenographic means and/or videotape. The deposition will continue from day to day until its completion. You may attend and examine.

This 17th day of August, 2018.

**BUCKLEY BEAL, LLP**

s/Thomas J. Mew IV
Georgia Bar No. 503447
tmew@buckleybeal.com
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
Andrew M. Beal
Georgia Bar No. 043842
abeal@buckleybeal.com
T. Brian Green
Georgia Bar No. 801098
bgreen@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
*Counsel for Defendant/Counterclaim Plaintiff*
*Luke Tornquist*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>LUKE TORNQUIST, )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>PARKER H. PETIT, )<br>)<br>Counterclaim Defendant. ) | CIVIL ACTION FILE NO.<br>1:17-cv-00399-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, the foregoing was sent by electronic mail to the following:

Joseph Duane Wargo (jwargo@wargofrench.com)
Shanon J. McGinnis (smcginnis@wargofrench.com)
David M. Pernini (dpernini@wargofrench.com)
Heather N. Fugitt (hfugitt@wargofrench.com)

**BUCKLEY BEAL, LLP**

By:    s/ Thomas J. Mew
       Georgia Bar No. 503447

3