UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:17-cv-00399-LMM |
| ) | |
| LUKE TORNQUIST, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PARKER H. PETIT, ) | |
| ) | |
| Counterclaim Defendant. ) | |

## DEFENDANT/COUNTERCLAIM PLAINTIFF LUKE TORNQUIST'S NOTICE OF DEPOSITION OF PARKER H. "PETE" PETIT

Please take notice that on October 2, 2018, beginning at 10:00 a.m., Defendant/Counterclaim Plaintiff's counsel will proceed to take the deposition of Parker H. "Pete" Petit. The deposition will be taken at the offices of Wargo & French, LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309 upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45. The deposition will be taken by Defendant/Counterclaim Plaintiff's counsel before an officer duly authorized by law to take depositions. The deposition will be taken by

1

stenographic means and/or videotape. The deposition will continue from day to day until its completion. You may attend and examine.

This 17th day of August, 2018.

                                    **BUCKLEY BEAL, LLP**

                                    <u>s/Thomas J. Mew IV</u>
                                    Georgia Bar No. 503447
                                    tmew@buckleybeal.com
                                    Edward D. Buckley
                                    Georgia Bar No. 092750
                                    edbuckley@buckleybeal.com
                                    Andrew M. Beal
                                    Georgia Bar No. 043842
                                    <u>abeal@buckleybeal.com</u>
                                    T. Brian Green
                                    Georgia Bar No. 801098
                                    bgreen@buckleybeal.com

600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Defendant/Counterclaim Plaintiff*
*Luke Tornquist*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>LUKE TORNQUIST, )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>PARKER H. PETIT, )<br>)<br>Counterclaim Defendant. ) | CIVIL ACTION FILE NO.<br>1:17-cv-00399-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, the foregoing was sent by electronic mail to the following:

> Joseph Duane Wargo (jwargo@wargofrench.com)
> Shanon J. McGinnis (smcginnis@wargofrench.com)
> David M. Pernini (dpernini@wargofrench.com)
> Heather N. Fugitt (hfugitt@wargofrench.com)

**BUCKLEY BEAL, LLP**

By:  s/ Thomas J. Mew
Georgia Bar No. 503447

3