UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:17-cv-00399-LMM |
| ) | |
| LUKE TORNQUIST, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PARKER H. PETIT, ) | |
| ) | |
| Counterclaim Defendant. ) | |

### DEFENDANT/COUNTERCLAIM PLAINTIFF LUKE TORNQUIST'S NOTICE OF DEPOSITION OF LOU ROSELLI

Please take notice that on September 17, 2018, beginning at 10:00 a.m., Defendant/Counterclaim Plaintiff's counsel will proceed to take the deposition of Lou Roselli. The deposition will be taken at the offices of Wargo & French, LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309 upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45. The deposition will be taken by Defendant/Counterclaim Plaintiff's counsel before an officer duly authorized by law to take depositions. The deposition will be taken by

1

stenographic means and/or videotape. The deposition will continue from day to day until its completion. You may attend and examine.

This 17th day of August, 2018.

                         **BUCKLEY BEAL, LLP**

                         s/Thomas J. Mew IV
                         Georgia Bar No. 503447
                         tmew@buckleybeal.com
                         Edward D. Buckley
                         Georgia Bar No. 092750
                         edbuckley@buckleybeal.com
                         Andrew M. Beal
                         Georgia Bar No. 043842
                         abeal@buckleybeal.com
                         T. Brian Green
                         Georgia Bar No. 801098
                         bgreen@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
*Counsel for Defendant/Counterclaim Plaintiff Luke Tornquist*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> LUKE TORNQUIST, ) <br> ) <br> Defendant/Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARKER H. PETIT, ) <br> ) <br> Counterclaim Defendant. ) | CIVIL ACTION FILE NO. <br> 1:17-cv-00399-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, the foregoing was sent by electronic mail to the following:

>Joseph Duane Wargo (jwargo@wargofrench.com)
>Shanon J. McGinnis (smcginnis@wargofrench.com)
>David M. Pernini (dpernini@wargofrench.com)
>Heather N. Fugitt (hfugitt@wargofrench.com)

**BUCKLEY BEAL, LLP**

By:   s/ Thomas J. Mew
      Georgia Bar No. 503447

3