# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> LUKE TORNQUIST, <br><br> Defendant/Counterclaim Plaintiff, <br><br> v. <br><br> PARKER H. PETIT, <br><br> Counterclaim Defendant. | CIVIL ACTION NO. <br> 1:17-CV-00399-LMM |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff/Counterclaim Defendant MiMedx Group, Inc. ("MiMedx") and Defendant/Counterclaim Plaintiff Luke Tornquist ("Tornquist") and hereby request an order dismissing all claims in this Action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Specifically, MiMedx stipulates and agrees that all claims against Tornquist shall be dismissed with prejudice, and Tornquist stipulates and agrees that all counterclaims against

MiMedx and Counterclaim Defendant Parker H. Petit shall be dismissed with prejudice, thus resolving all outstanding claims in this Action.

WHEREFORE, MiMedx and Tornquist respectfully request that this Court enter a final order dismissing all claims in this Action with prejudice, with each party to bear its respective attorney's fees and costs.

Respectfully submitted, this 21st day of November, 2018.

**WARGO & FRENCH, LLP**

*/s/ David M. Pernini*
Joseph D. Wargo
Georgia Bar No. 738764
E-mail: jwargo@wargofrench.com
Shanon J. McGinnis
Georgia Bar No. 387598
E-mail: smcginnis@wargofrench.com
David M. Pernini
Georgia Bar No. 572399
E-mail: dpernini@wargofrench.com
Heather n. Fugitt
Georgia Bar No. 475152
E-mail: hfugitt@wargofrench.com
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1506

*Counsel for MiMedx Group, Inc.*

**BUCKLEY BEAL, LLP**

*/s/ Edward D. Buckley*
Edward D. Buckley
E-mail: edbuckley@buckleybeal.com
Thomas J. Mew IV
tmew@buckleybeal.com
T. Brian Green
bgreen@buckleybeal.com
600 Peachtree Street, NE
Suite 3900
Atlanta, Georgia 30308
Telephone: (404) 781-1100

*Counsel for Defendant Luke Tornquist*

**RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

/s/ David M. Pernini
David M. Pernini

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically served the foregoing JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.:

Edward D. Buckley
Thomas J. Mew IV
T. Brian Green
Buckley Beal, LLP
edbuckley@buckleybeal.com
tmew@buckleybeal.com
bgreen@buckleybeal.com

Respectfully submitted, this 21st day of November, 2018.

                                        **WARGO & FRENCH, LLP**
                                        */s/ David M. Pernini*
                                        David M. Pernini
                                        Georgia Bar No. 572399